IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BOBBY LEE ROBERTSON**  **PLAINTIFF**
**ADC #121746**

v.  Case No. 4:22-cv-00645-LPR

**BARBEE SMITH, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition (PFRD) submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the PFRD and the record, the Court concludes that the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's official capacity damages claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

2. Plaintiff's due process claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

3. Plaintiff's state-law claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

4. Plaintiff's retaliation claims against Defendants Straughn, Shipman, and Culclager are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

5. Plaintiff's Eighth Amendment claims against Defendants Smith, Davis, and Shipman are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

6.       Defendants Justine Minor and James Shipman are DISMISSED as parties to this action.

IT IS SO ORDERED this 11th day of April 2023.

                                                               _____
                                                               LEE P. RUDOFSKY
                                                               UNITED STATES DISTRICT JUDGE