IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BOBBY LEE ROBERTSON**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #121746**

v.　　　　　　　　　　No. 4:22-cv-00645-LPR-JTK

**DONNA DAVIS, et al.**　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Jerome T. Kearney and the Plaintiff's Objections.[1]  After a *de novo* review of the PRD, along with careful consideration of the Objections and the case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Defendants' Motion for Partial Summary Judgment on the issue of exhaustion (Doc. 47) is GRANTED.  Plaintiff's conditions of confinement claims against Defendants Culclager and Straughn are DISMISSED without prejudice for failure to exhaust administrative remedies.  Defendants Culclager and Straughn are DISMISSED as parties to this action.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 29th day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Docs. 52 & 53.