IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BOBBY LEE ROBERTSON**                                                                                         **PLAINTIFF**
**ADC #121746**

v.                                          No. 4:22-cv-00645-LPR-JTK

**DONNA DAVIS**, *Sergeant,*
*Tucker Maximum Security Unit*                                                                              **DEFENDANT**

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Jerome T. Kearney (Doc. 102), the Defendant's Objections (Doc. 104), and the Plaintiff's Response to the Defendant's Objections (Doc. 111). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, Defendant Davis's Motion for Summary Judgment on the issue of exhaustion (Doc. 85) is DENIED.

IT IS SO ORDERED this 9th day of July 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Defendant Davis acknowledges that the rejection of Plaintiff's Grievance MX-22-00516 was improper, but she asserts that Plaintiff failed to appeal the grievance and therefore failed to exhaust his administrative remedies. *See* Def.'s Objections (Doc. 104) at 2. However, as Judge Kearney observed in the PRD, Plaintiff *did* appeal the improper rejection of his grievance, and he attached those appeal documents to his original Complaint. *See* PRD (Doc. 102) at 6; Compl. (Doc. 2) at 31–32. The rejection of Plaintiff's appeal is also recorded in Plaintiff's Grievance History Report, which Defendant Davis attached as Exhibit 3 to her Motion for Summary Judgment (Doc. 85-3). Defendant Davis's objections to the PRD thus appear to lack merit.

Given the distance between Defendant Davis's position and what the Court believes the record clearly shows, the Court invites Defendant Davis to file a supplemental brief if she thinks the documents discussed in the paragraph above do not show full exhaustion. If that supplemental brief changes the Court's mind, the Court will revisit its ruling. Any such supplemental brief must be filed within seven (7) days of the date of this Order.