IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BOBBY LEE ROBERTSON**                                                                      **PLAINTIFF**

v.                                          No. 4:22-cv-00645-LPR

**DONNA DAVIS,** *Sergeant,*
**Tucker Maximum Security Unit**                                                             **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition (RD) from United States Magistrate Judge Jerome T. Kearney (Doc. 122). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD as its findings and conclusions in all respects.[1]

Accordingly, Plaintiff's Complaint, as amended, is DISMISSED without prejudice for failure to prosecute. Plaintiff's Motion for Summary Judgment (Doc. 99) is DENIED as moot. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 19th day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court makes one small, non-material correction—the Order directing Plaintiff to file an updated IFP Application was issued on August 5, 2024, rather than August 8, 2024. *See* Doc. 118.