# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BOBBY LEE ROBERTSON**                                                                 **PLAINTIFF**

v.                                              No. 4:22-cv-00645-LPR

**DONNA DAVIS,** *Sergeant,*
*Tucker Maximum Security Unit*                                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 19th day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE